IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-1342

Jesse Cunningham,
        Plaintiff.

v.

City of Fort Collins;
Jason Haferman;
Sergeant Allen Heaton; and
Corporal *Redacted.*
        Defendants.

## NOTICE OF REMOVAL

Defendants City of Fort Collins and Sergeant Allen Heaton, by and through their undersigned counsel, Hall & Evans, LLC, hereby submits the following Notice of Removal of the above-captioned action from Larimer County District Court, State of Colorado to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and Fed. R. Civ. P. 81(c), stating as follows:

### I.    INTRODUCTION

1.    Plaintiff Jesse Cunningham ("Plaintiff") initiated this lawsuit on May 3, 2023, against the Defendants, in the Larimer County District Court, State of Colorado, captioned *Jesse Cunningham v. City of Fort Collins, Jason Haferman, Sergeant Allen Heaton, and Corporal Redacted,* Civil Action No. 2023CV30351, which is now pending in that court (the "State Action").  *See* **Exhibit A**, Plaintiff's Complaint and Jury Demand.

2.     Plaintiff alleges he was wrongfully arrested on July 29, 2021, by Defendant Jason Haferman.  **Ex. A**, ¶¶ 51-104. Plaintiff further alleges the City of Fort Collins and Sergeant Heaton failed to supervise and train Jason Haferman. *Id.* at ¶¶ 191 and 202-210.

3.     Plaintiff's Complaint alleges the following claims:   Against Defendant Haferman: violation of C.R.S. § 13-21-131 – Arrest without Probable Cause. *Id.* at ¶¶ 172-183; violation of C.R.S. § 13-21-131 – Violation of Due Process *Malicious Prosecution. Id.* at ¶ ¶ 211-219; violation of  42.U.S.C. § 1983 – Malicious Prosecution. *Id.* at ¶¶  220-225; Against all Defendants: violation of 42 U.S.C. § 1983 - Unlawful Arrest without  Probable  Cause  –  Individual,  Failure-to-  Supervise/Train,  Unconstitutional Pattern/Practice under *Monell,* Violation of Fourth Amendment Due Process.  *Id.* at ¶¶ 184-210.

## II.     <u>COMPLIANCE WITH THE RULES</u>

4.     All procedural requirements related to the removal of this action have been satisfied.

5.     Defendants City of Fort Collins and Sergeant Allen Heaton waived service on May 12, 2023. *See* **Exhibit D,** Acceptance of Service.

6.     This Notice of Removal is filed within thirty (30) days of service of the Plaintiff's Complaint and Summons on Defendant and is timely under 28 U.S.C. §§ 1441 and 1446(b).

7.     A copy of this Notice of Removal will be filed with the State Action and served upon Plaintiff's counsel.

8.      Pursuant to 28 U.S.C. § 1446(a) and D.C.Colo.LCiv.R. 81.1(b), copies of the following process, pleadings, and orders that were served upon Defendants or filed in the State Action are attached as follows:

**Exhibit A**   Complaint

**Exhibit B**   Civil Cover Sheet

**Exhibit C**   Notice Judicial Civil Case Management

**Exhibit D**   Affidavit of Service (Fort Collins & Sergeant Allen Heaton)

9.      Pursuant to D.C.Colo.LCivR 81.1, Defendants state that no hearings are pending, nor has any trial been set in the State Action.

10.     Pursuant to Fed.R.Civ.P. 81(c), Defendants will present their defenses by pleading at the time prescribed herein, and specifically reserves their rights to assert all defenses, including those defenses under Fed.R.Civ.P. 12(b).

11.     Defendants have complied with all of the requirements of 28 U.S.C. § 1446 and D.C.Colo.LCivR. 81.1.

12.     The remaining Defendants – Jason Haferman and Corporal *Redacted* – have not been served with Plaintiff's Complaint. As a result, their consent to this removal is not yet required. *See* 28 U.S.C. § 1446(b)(2)(A). **Tate v. SNH CO Tenant LLC,** 22-cv-00827-MEH, 2022 U.S. Dist. LEXIS 126042 at *5-6 (D. Colo. July 15, 2022).

### III.   FEDERAL QUESTION

13.     This case is removable pursuant to 28 U.S.C. § 1441(c)(1)(A) because Plaintiff's Complaint attempts a claim pursuant to 42 U.S.C. § 1983.Plaintiff's Complaint attempts a claim pursuant to 42 U.S.C. § 1983.

WHEREFORE, Defendants City of Fort Collins and Sergeant Allen Heaton, respectfully requests that the action now pending in the Larimer County District Court, Case No. 2023CV30351, be removed therefrom to this Court and that all further proceedings be heard in this Court.

Respectfully submitted this 26th day of May 2023.

s/ *Mark S. Ratner*
Mark S. Ratner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300, Denver, CO 80202
303-628-3300 /Fax: 303-628-3368
ratnerm@hallevans.com

4

5

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 26th day of May 2023, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed with the Court via CM/ECF and served on the below-listed party by email:

Sarah Schielke, Esq.
sarah@lifeandlibertylaw.com

*s/ Sarah Stefanick*

5